FILED

2008 JAN 23 PM 3:26

[illegible stamp]

BY: _____ KvH _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

January 2007 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> LOURDES PATRICIA MARTINEZ, ) <br> ) <br> Defendant. ) <br> ) <br> _____ ) | Criminal Case No. 08 CR 0208 – DMS <br><br> I N D I C T M E N T <br><br> Title 8, U.S.C., <br> Sec. 1324(a)(2)(B)(ii) – <br> Bringing in Illegal Aliens for <br> Financial Gain; Title 18, U.S.C., <br> Sec. 2 – Aiding and Abetting; <br> Title 8, U.S.C., <br> Sec. 1324(a)(2)(B)(iii) – Bringing <br> in Illegal Aliens Without <br> Presentation |

The grand jury charges:

Count 1

On or about January 13, 2008, within the Southern District of California, defendant LOURDES PATRICIA MARTINEZ, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Jose Miguel Vaquez, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien for the purpose of commercial advantage and private financial gain; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii), and Title 18, United States Code, Section 2.

WMC:fer:San Diego
1/17/08

<u>Count 2</u>

On or about January 13, 2008, within the Southern District of California, defendant LOURDES PATRICIA MARTINEZ, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Jose Miguel Jaquez, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien and upon arrival did not bring and present said alien immediately to an appropriate immigration officer at a designated port of entry; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii).

<u>Count 3</u>

On or about January 13, 2008, within the Southern District of California, defendant LOURDES PATRICIA MARTINEZ, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Aurea Garcia-Macedo, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien for the purpose of commercial advantage and private financial gain; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii), and Title 18, United States Code, Section 2.

//
//
//
//
//
//

### Count 4

On or about January 13, 2008, within the Southern District of California, defendant LOURDES PATRICIA MARTINEZ, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Aurea Garcia-Macedo, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien and upon arrival did not bring and present said alien immediately to an appropriate immigration officer at a designated port of entry; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii).

### Count 5

On or about January 13, 2008, within the Southern District of California, defendant LOURDES PATRICIA MARTINEZ, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Reyna Chaidez-Arambula, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien for the purpose of commercial advantage and private financial gain; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii), and Title 18, United States Code, Section 2.

//
//
//
//
//
//

<u>Count 6</u>

On or about January 13, 2008, within the Southern District of California, defendant LOURDES PATRICIA MARTINEZ, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Reyna Chaidez-Arambula, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien and upon arrival did not bring and present said alien immediately to an appropriate immigration officer at a designated port of entry; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii).

DATED: January 23, 2008.

A TRUE BILL:

_____
Foreperson

KAREN P. HEWITT
United States Attorney

By: _____
W. MARK CONOVER
Assistant U.S. Attorney