ORIGINAL

1  KAREN P. HEWITT
   United States Attorney
2  EUGENE S. LITVINOFF
   Assistant United States Attorney
3  California State Bar No. 214318
   United States Attorney's Office
4  Federal Office Building
   880 Front Street, Room 6293
5  San Diego, California 92101
   Telephone: (619) 557-5790
6
   Attorneys for Plaintiff
7  UNITED STATES OF AMERICA



FILED
FEB 19 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

8           UNITED STATES DISTRICT COURT

9           SOUTHERN DISTRICT OF CALIFORNIA

10 UNITED STATES OF AMERICA,           )  Criminal Case No. 08CR0208-DMS
                                       )
11           Plaintiff,                )
                                       )  **STIPULATION OF FACT AND JOINT
12      v.                             )  MOTION FOR RELEASE OF
                                       )  MATERIAL WITNESSES AND
13 LOURDES PATRICIA MARTINEZ,          )  ORDER THEREON**
                                       )
14           Defendant.                )
                                       )
15 _____)

16       **IT IS HEREBY STIPULATED AND AGREED** between the plaintiff, UNITED STATES

17 OF AMERICA, by and through its counsel, Karen P. Hewitt, United States Attorney, and Eugene

18 S. Litvinoff, Assistant United States Attorney, and defendant LOURDES PATRICIA MARTINEZ,

19 by and through and with the advice and consent of defense counsel, Frank Balistrieri, Esq., that:

20       1.      Defendant agrees to execute this stipulation on or before the disposition date and to

21 participate in a full and complete inquiry by the Court into whether defendant knowingly,

22 intelligently and voluntarily entered into it. Defendant agrees further to plead guilty to Count 2 of

23 the Indictment which charges defendant with a non-mandatory minimum count of Bringing in Illegal

24 Aliens Without Presentation, in violation of 8 U.S.C. §1324(a)(2)(B)(iii).

25       2.      Defendant agrees to plead guilty to the charge described above pursuant to the plea

26 agreement on or before **February 19, 2008.**

27

28

3. The material witnesses, Jose Miguel Jaquez, Aurea Garcia-Macedo, and Reyna Chaidez-Arambula, in this case:

    a. Are aliens with no lawful right to enter or remain in the United States;

    b. Entered or attempted to enter the United States illegally on or about January 13, 2008;

    c. Were found in a vehicle driven by defendant Lourdes Patricia Martinez at the ~~San Ysidro~~ *OTAY MESA*, California Port of Entry (POE) and that defendant knew or acted in reckless disregard of the fact that the material witnesses were aliens with no lawful right to enter or remain in the United States;

    d. Were paying between $2300 and $3000 to others to be brought into the United States illegally and/or transported illegally to their destination therein; and,

    e. May be released and remanded immediately to the Department of Homeland Security for return to their country of origin.

4. After the material witnesses are ordered released by the Court pursuant to this stipulation and joint motion, if defendant does not plead guilty to the charge set forth above, for any reason, or thereafter withdraws his guilty plea to that charge, defendant agrees that in any proceeding, including, but not limited to, motion hearings, trial, sentencing, appeal or collateral attack, that:

    a. The stipulated facts set forth in paragraph 3 above shall be admitted as substantive evidence;

    b. The United States may elicit hearsay testimony from arresting agents regarding any statements made by the material witness(es) provided in discovery, and such testimony shall be admitted as substantive evidence under Fed. R. Evid. 804(b)(3) as statements against interest of (an) unavailable witness(es); and,

    c. Understanding that under <u>Crawford v. Washington</u>, 124 S. Ct. 1354 (2004), "testimonial" hearsay statements are not admissible against a defendant unless defendant confronted and cross-examined the witness(es) who made the "testimonial" hearsay statements, defendant

Stipulation of Fact and Joint Motion for Release of
Material Witness(es) And Order Thereon in
United States v. Lourdes Patricia Martinez      2      08CR0208-DMS

1 waives the right to confront and cross-examine the material witness(es) in this case.

2    5.    By signing this stipulation and joint motion, defendant certifies that defendant has read it (or that it has been read to defendant in defendant's native language). Defendant certifies further that defendant has discussed the terms of this stipulation and joint motion with defense counsel and fully understands its meaning and effect.

Based on the foregoing, the parties jointly move the stipulation into evidence and for the immediate release and remand of the above-named material witness(es) to the Department of Homeland Security for return to their country of origin.

It is STIPULATED AND AGREED this date.

Respectfully submitted,

KAREN P. HEWITT
United States Attorney

Dated: 2/13/08

EUGENE S. LITVINOFF
Assistant United States Attorney

Dated: 2-11-08

FRANK BALISTRIERI
Defense Counsel for Lourdes Patricia Martinez

Dated: 2-11-08

LOURDES PATRICIA MARTINEZ
Defendant

**ORDER**

Upon joint application and motion of the parties, and for good cause shown,

**THE STIPULATION** is admitted into evidence, and,

**IT IS ORDERED** that the above-named material witness(es) be released and remanded forthwith to the Department of Homeland Security for return to their country of origin.

**SO ORDERED.**

Dated: 2-19-08

United States Magistrate Judge

Stipulation of Fact and Joint Motion for Release of
Material Witness(es) And Order Thereon in
United States v. Lourdes Patricia Martinez        3        08CR0208-DMS