UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff )<br>)<br>)<br>vs. )<br>)<br>Lourdes Patricia Martinez )<br>)<br>)<br>Defendant(s) )<br>_____ ) | CRIMINAL NO. 08CR0208-DMS<br><br>ORDER<br><br>RELEASING MATERIAL WITNESS<br><br>Booking No. 06928298 |

On order of the United States District/Magistrate Judge,   **NITA L. STORMES**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / (Order of Court)).

Reyna Chaidez-Arambula

DATED: 2-19-08

**NITA L. STORMES**
UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____   OR
             DUSM

W. SAMUEL HAMRICK, JR.  Clerk
by _____
Deputy Clerk

PRETRIAL'S OFFICE COPY
mc500 Crim-25 rev. 8-95

☆ U.S. GPO: 2003-561-774/70082