```
 1  Frank A. Balistrieri
    Attorney at Law
 2  CSB #93338
    105 West F Street, Suite 215
 3  San Diego, CA 92101
    Telephone:(619) 881-7487
 4  E-mail: fbalistrieri@cox.net

 5  Attorneys for Defendant, LOURDES PATRICIA MARTINEZ
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE DANA M. SABRAW)

| UNITED STATES OF AMERICA, | ) | Case No. 08-CR-0208-DMS |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | |
| LOURDES PATRICIA MARTINEZ, | ) | **JOINT MOTION TO CONTINUE SENTENCING HEARING** |
| Defendant. | ) | |

Good cause appearing therefor, **IT IS HEREBY AGREED BETWEEN THE PARTIES**, Frank A. Balistrieri, counsel for Lourdes Patricia Martinez, along with Assistant United States Attorney Aaron Clark, that the sentencing hearing set for May 2, 2008, at 9:00 a.m., be rescheduled to June 6, 2008, at 9:00 a.m.

///

```
                                    Respectfully submitted,

Dated: April 17, 2008               /s/Frank A. Balistrieri
                                    Frank A. Balistrieri,
                                    Attorney for Defendant,
                                    LOURDES PATRICIA MARTINEZ



Dated: April 17, 2008               /s/Aaron Clark
                                    Aaron Clark,
                                    Assistant United States Attorney
```

CERTIFICATION OF SERVICE

    I, Frank A. Balistrieri, hereby certify to the best of my information and belief that by having e-filed the "Joint Motion To Continue Sentencing Hearing", I have caused a copy of same to be served via electronic mail upon the following:

aaron.clark@usdoj.gov
efile.dkt.gc1@usdoj.gov
robschrothesq@sbcglobal.net
diana.ortiz@usdoj.gov
gershtheman@yahoo.com


Dated: April 17, 2008        Respectfully submitted,

                                      /s/Frank A.Balistrieri
                                      Frank A. Balistrieri,
                                      Attorney for
                                      LOURDES PATRICIA MARTINEZ