# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE DANA M. SABRAW)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 08-CR-0208-DMS |
| Plaintiff, | ) | |
| v. | ) | **ORDER TO CONTINUE** |
| LOURDES PATRICIA MARTINEZ, | ) | **SENTENCING HEARING** |
| Defendant. | ) | |

**FOR GOOD CAUSE APPEARING**, it is hereby ordered that the Sentencing Hearing set for May 2, 2008 at 9:00 a.m., be rescheduled to June 6, 2008, at 9:00 a.m.

**IT IS SO ORDERED.**

DATED:  April 18, 2008

_____
HON. DANA M. SABRAW
United States District Judge